UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAY RYLAND DOSSEY,<br><br>                    Petitioner,<br><br>     v.<br><br>BRIAN CATES, Warden,<br><br>                    Respondent. | Case No. 5:19-cv-01705-FLA (JPR)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE** |

1

     The court has reviewed the Petition, records on file, and Report and Recommendation ("R. & R.") of U.S. Magistrate Judge, which recommends that the Petition be dismissed without prejudice. *See* 28 U.S.C. § 636(b)(1). No objections to the R. & R. have been filed.

     The court accepts the findings and recommendations of the Magistrate Judge. IT THEREFORE IS ORDERED that Judgment be entered dismissing the Petition without prejudice. The court takes no position on whether any subsequently filed federal habeas petition would be timely or otherwise procedurally proper.

     IT IS SO ORDERED.

Dated: August 15, 2022

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge