JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JAY RYLAND DOSSEY,

                Petitioner,

      v.

BRIAN CATES, Warden,

                Respondent.

Case No. 5:19-cv-01705-FLA (JPR)

**JUDGMENT**

      Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

      IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: August 15, 2022

_____

FERNANDO L. AENLLE-ROCHA
United States District Judge

1